IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LENNIE TY DAVIDSON,** | 3:10-CV-725-ST |
| Petitioner, | **JUDGMENT** |
| v. | |
| **STATE OF OREGON, et al.,** | |
| Respondents. | |

  Based on the Court's Order (#32) issued September 9, 2011, the Court **DISMISSES** this matter **with prejudice** and **DENIES** a certificate of appealability.

  IT IS SO ORDERED.

  DATED this 9th day of September, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT